3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CAMERON COUNTY, TEXAS, HIDALGO COUNTY, TEXAS et. al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD EVANS, SECRETARY OF THE DEPARTMENT OF COMMERCE, in his official capacity; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | Case No: B-01-082 |

NOTICE OF INTERESTED PARTIES

Pursuant to this Court's Order of May 10, 2001, the following entities, all located in Cameron and Hidalgo Counties in Texas, have a financial interest in this litigation:

Cameron County, Hidalgo County, City of Brownsville, City of McAllen, City of Harlingen, City of San Benito, City of La Feria   City of Port Isabel City of Santa Rosa, City of South Padre, City of Laguna Vista, City of Los Fresnos City of Los Indios,  City of Primera,  City of Rancho Viejo,  City of Rio Hondo  City of Combes,  City of Indian Lake, City of Alamo, City of  Alton,  City of Donna,  City of Edcouch,  City of Edinburg, City of Weslaco, City of Elsa, City of Granjeno, City of La Joya, City of La Villa, City of Mercedes, City of Mission, City of Palmview, City of Penitas, City of Pharr, City of Progresso, City of Progresso Lake, City of San Juan, City of Sullivan.

1

Dated: May 22, 2001

Respectfully Submitted

_____
ROLANDO L. RIOS
SBN: 16935900 FBN: 14370

GEORGE KORBEL
LAW OFFICE OF ROLANDO L. RIOS
MILAM BUILDING
115 East Travis, Suite 1024
San Antonio, Texas 78205
210-222-2102
210-222-2898 fax
rios@world-net.net

JOSE GARZA
SBN: 07731950
FBN: 1959
1913 Fordham
McAllen, Texas 78504
956-928-0088
garzpalm@aol.com

ATTORNEYS IN CHARGE FOR PLAINTIFFS

C. DOUGLAS WRIGHT
SBN: 22024100
FBN 15516
RICHARD O. BURST
SBN: 00785586
FBN: 15515
Legal Division Commissioners Court

1

Cameron County Courthouse
964 E. Harrison St.
Brownsville, Texas 78520
956-550-1345
956-550-1348 fax
igonzales@co.cameron.tx.us

LOCAL COUNSEL FOR CAMERON COUNTY

GARY GURWITZ
SBN: 08631000 FBN: 1194
ADRIANA H. CARDINAS
SBN: 24001836
FBN: 22193
ATLAS & HALL L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
956-682-5501
956-686-6109 fax
ahc@atlashall.com

OF COUNSEL FOR HIDALGO COUNTY

JAMES E. DARLING
SBN: 05386000
FBN: 5400
McAllen City Attorney
  P.O. Box 220
McAllen, Texas 78505-0220
956-972-7000
956-972-7138 fax

OF COUNSEL FOR THE CITY OF McALLEN

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the notice of interested parties has been sent by first class mail on this the 22 nd day of May, 2001 to:

Mr. Tom Millet, Esq.
Federal Programs Branch
United States Department of Justice
901 E. St. N.W.
Washington D.C. 20530

_____
ROLANDO L. RIOS