

United States District Court
Southern District of Texas
FILED

AUG 03 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CAMERON COUNTY, TEXAS**, et. al. ) | | |
|     Plaintiffs ) | | |
| ) | | |
| V. ) | C.A. No. B-01-82 | |
| ) | | |
| **DONALD EVANS, SECRETARY OF** ) | | |
| **COMMERCE**, in his official capacity; ) | | |
| and **UNITED STATES DEPARTMENT** ) | | |
| **OF COMMERCE**, ) | | |
|     Defendants ) | | |

**UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS
AND
UNOPPOSED MOTION TO RESET STATUS CONFERENCE**

Now Comes the Plaintiff who would make and show to the Court as follows:

1.     This is a case involving complicated factual and legal allegations dealing with the accuracy of the 2000 Census and the failure of the Federal Government to adjust the results of the Census to reflect the large uncounted populations in South Texas. Since the entitlement to and amount of Federal and State funds as well as other similar grants is usually based on population, an undercount has a direct effect on the ability of the Plaintiff units of government to carry out their responsibilities. The Plaintiffs complain that the failure of the Defendants to accurately take or adjust the 2000 Census is resulting in the loss of hundreds of millions of dollars of Federal and State funds.

Page -1-

2. Past studies by demographers and the Census have established that rural areas and areas with large concentrations of minorities are the most difficult to enumerate and therefore have the greatest potential for undercounting.

3. The Government has filed a Motion to Dismiss which was received on July 20, 2001.

4. The Motion to Dismiss includes an Appendix of several hundred pages and raises a number of novel legal and factual issues.

5. Plaintiffs have been consulting with various demographers and other factual experts concerning their response to the Motion to Dismiss. Because of the complicated issues raised by the case, it has become clear that it is virtually impossible to file an adequate response to the Motion to Dismiss under the timetable set out under the rules.

6. Counsel for the plaintiffs have consulted with Thomas Millett, counsel for the Defendants and he has indicated that he has no objection to the granting of the thirty day extension. However, he pointed out that this Court has a Status Conference set for September 17, 2001. If the Court wanted to deal with the Motion to Dismiss at the Status Conference, such an extension would not provide Mr. Millet with an adequate time to respond before the status conference.

7. The Secretary of Commerce has indicated in other litigation and elsewhere that the adjustment of the Census may be sufficiently accurate to use for the allocation of funds as opposed to the use in the redistricting process. The decision on whether to adjust and if so the amount of the adjustment is expected on or about October 15, 2001. While a decision to adjust may not entirely moot out the Plaintiffs' causes of action, such an action would certainly sharpen the issues before the Court.

WHEREFORE, PREMISES CONSIDERED, THE PLAINTIFFS request that the time for answering of the Motion to Dismiss be set as September 10, 2001 and that the Status Conference be reset for late November or early December of 2001.

Dated: July 30, 2001

Respectfully Submitted

_____
ROLANDO L. RIOS
SBN: 16935900
FBN: 14370

GEORGE KORBEL
LAW OFFICES OF ROLANDO L. RIOS
115 E. Travis, Suite 1024
San Antonio, Texas 78205
(210) 222-2102
(210)222-2898 fax
Rios@world-net.net

JOSE GARZA
SBN: 07731950
FBN: 1959
1913 Fordham
McAllen, Texas 78504
(956)928-0088
garzpalm@aol.com

ATTORNEYS IN CHARGE FOR PLAINTIFFS

C. DOUGLAS WRIGHT
SBN: 22024100
FBN: 15516
RICHARD O. BURST
SBN: 00785586
FBN: 15515
Legal Division Commissioners Court

Cameron County Courthouse
964 E. Harrison St.
Brownsville, Texas 78520
(956) 550-1345
(956) 550-1348 fax
igonzales@co.cameron.tx.us

LOCAL COUNSEL FOR CAMERON COUNTY

GARY GURWITZ
SBN: 08631000
FBN: 1194
ADRIANA H. CARDENAS
SBN: 24001836
FBN: 22193
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502-3725
(956) 682-5501
(956) 682-6109 fax
ahc@atlashall.com

OF COUNSEL FOR HIDALGO COUNTY

JAMES E. DARLING
SBN: 05386000
FBN: 5400
McAllen City Attorney
P.O. Box 220
McALlen, Texas 78505-0220
(956) 972-7000
(956) 972-7138 fax

OF COUNSEL FOR THE CITY OF MCALLEN

Page -4-

## Certificate of Conference

On the July 27, 2001, my office spoke to Thomas Millett attorney for the Defendants in the foregoing matter. He indicated that he has no objection to the grant of a twenty (20) day extension to respond to the Motion to Dismiss that he has filed. His only concern was that such an extension would prejudice his opportunity to file a reply to our response to his Motion to Dismiss. In particular he was concerned about the Status Conference set by the Court for September 17, 2001. He suggested that if the Court wanted to deal with the Motion to Dismiss at the Status Conference, that it might be appropriate to also reset the Status Conference.

Rolando L. Rios
SBN: 16935900
FBN: 14370

## Certificate of Service

I certify that Plaintiffs' MOTION TO EXTEND and to RESET STATUS CONFERENCE were served this 30th day of July, 2001 by placing it in the U.S. Mail postage prepaid and faxing it to the Attorney in Charge for the Defendant at the address shown on his Motion to Dismiss:

Thomas Millet
U.S. Department of Justice
901 E Street, NW
Washington, D.C. 20530
(202) 616-8202

_____
Rolando Rios
SBN: 16935900
FBN: 14370

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **CAMERON COUNTY, TEXAS**, et. al. ) | |
| Plaintiffs ) | |
| ) | |
| V. ) | C.A. No. B-01-82 |
| ) | |
| **DONALD EVANS, SECRETARY OF** ) | |
| **COMMERCE**, in his official capacity; and ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF COMMERCE,** ) | |
| Defendants ) | |

## ORDER

CAME ON TO BE HEARD, PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND UNOPPOSED MOTION TO RESET THE STATUS CONFERENCE.

AND THE COURT, AFTER A REVIEW OF THE FILE AND OTHER DOCUMENTS RELATING TO THIS CASE, IS OF THE OPINION THAT THIS MOTION IS APPROPRIATE AND SHOULD BE GRANTED.

Accordingly, the time for a response to the Motion to Dismiss is set for September 10, 2001. The Status Conference is set for the _____ day of _____, 200__ at _____ __ M. at the Federal Courthouse in _____, Texas Room_____.

_____
**U.S. District Judge**