6

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **CAMERON COUNTY, TEXAS**, et. al. ) | |
| Plaintiffs ) | |
| ) | |
| V. ) | C.A. No. B-01-82 |
| ) | |
| **DONALD EVANS, SECRETARY OF** ) | |
| **COMMERCE**, in his official capacity; and ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF COMMERCE**, ) | |
| Defendants ) | |

## ORDER

CAME ON TO BE HEARD, PLAINTIFFS' UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND UNOPPOSED
MOTION TO RESET THE STATUS CONFERENCE.

AND THE COURT, AFTER A REVIEW OF THE FILE AND OTHER DOCUMENTS
RELATING TO THIS CASE,   IS OF THE OPINION THAT THIS MOTION IS
APPROPRIATE AND SHOULD BE GRANTED.

Accordingly, the time for a response to the Motion to Dismiss is set for September 10,
2001.  The Status Conference is set for the 13TH day of NOVEMBER, 2001 at 1:30
P. M. at the Federal Courthouse in ~~Texas Room~~.

Signed 9th day of August, 2001.

_____
U.S. District Judge