

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CAMERON COUNTY, TEXAS et al., | § | |
| Planintiffs, | § | |
| | § | |
| v. | § | Case No. B-01-082 |
| | § | |
| DONALD EVANS, Secretary of the | § | |
| Department of Commerce, et al., | § | ORIGINAL |
| Defendants | § | |

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

Plaintiffs filed this action in part seeking release of adjusted census data for the 2000 Census pursuant to the Freedom of Information Act (FOIA). On January 28, 2002 this Court issued its Order on the pleadings: dismissing plaintiffs' equal protection due process, and Census Act claims and granting judgment on plaintiffs' FOIA claim.

Rule 58 Federal Rules of Civil Procedure requires: "Every judgment shall be set forth on a separate document. A judgment is effective only when so set forth and when entered as provided in Rule 79(a)."

Pursuant to Rules 54, 58, and 79(a), Fed. R. of Civ. Proc., Plaintiffs respectfully move for entry of Judgment for plaintiffs pursuant to this Court's order of January 28, 2002.

Respectfully submitted,

_____
ROLANDO L. RIOS
SBN 16935900
FBN: 14370
GEORGE KORBEL
LAW OFFICES OF ROLANDO L. RIOS
MILAM BUILDING

115 E. Travis, Suite 1024
San Antonio, Texas 78205
Ph (210) 222-2102
Fax (210) 222-2898
rios@world-net.net

JOSE GARZA
SBN: 07731950
FBN: 1959
1913 Fordham
McAllen, Texas 78504
Ph (956) 928-0088
garzpalm@aol.com
ATTORNEYS FOR PLAINTIFFS

C. DOUGLAS WRIGHT
SBN: 22024100
RICHARD O. BURST
SBN: 00785586
Legal Division Commissioners Court
Cameron County Courthouse
964 E. Harrison Street
Brownsville, Texas 78520
Ph (956) 550-1345
Fax (956) 550-1345
igonzalez@co.cameron.tx.us
LOCAL COUNSEL FOR CAMERON COUNTY

GARY GURWITZ
SBN: 08631000
ADRIANA CARDENAS
SBN: 24001836
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502
Ph (956) 682-6109
Fax (956) 686-6109
ahc@atlashall.com
OF COUNSEL FOR HIDALGO COUNTY

JAMES E. DARLING
SBN: 05386000
McAllen City Attorney
P.O. Box 220
McAllen, Texas 78505

Ph  (956) 972-7000  
Fax (956) 972-7138  
jdarling@mcanet.net  
OF COUNSEL FOR THE CITY OF MCALLEN

## CERTIFICATE OF CONFERENCE

This to certify that on the 27th day February counsel for movant conferred with counsel for defendants regarding Plaintiffs' Motion for Entry of Judgment and was informed that defendants' do not oppose the motion to the extent that the motion seeks ministerial compliance with the requirements of Rule 58, Fed. R. of Civ. Proc.

_____  
Rolando L. Rios  
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Plaintiffs' Motion for Entry of Judgment has been sent by First Class Mail on this day of February, 2002 to:

Mr. Thomas Millet, Esq.  
Federal Programs Branch  
United Stated Department of Justice  
901 E. St. N.W.  
Washington, D.C. 20530

By: _____  
ROLANDO L. RIOS, ESQ.  
ATTORNEY FOR THE PLAINTIFFS