IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| **CAMERON COUNTY, TEXAS et al.,**<br>Plaintiffs,<br><br>v.<br><br>**DONALD EVANS, Secretary of the**<br>**Department of Commerce, et al.,**<br>Defendants. | §<br>§<br>§<br>§<br>§  Case No. B-01-082<br>§<br>§<br>§<br>§<br>§ |

**BE IT REMEMBERED** that on March 28, 2002, the Court **ORDERED** the Parties to inform the Court whether all Parties are in agreement as to the form of the judgment proposed by Plaintiffs on February 28, 2002. The Parties will so advise the Court by 3 p.m. C.S.T. on Friday, April 5, 2002.

DONE this 28 day of March, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1