UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

CAMERON COUNTY, TEXAS, et al.,
        Plaintiffs,

v.     C.A. No. B-01-082

DONALD EVANS, SECRETARY OF
COMMERCE, in his official
capacity; and UNITED STATES
DEPARTMENT OF COMMERCE,
        Defendants.
_____/

### NOTICE OF APPEAL

Please take notice that defendants Donald Evans and the United States Department of Commerce hereby appeal this Court's Order, signed January 28, 2002 and entered on January 30, 2002, granting judgment on the pleadings to plaintiffs, in part, to the United States Court of Appeals for the Fifth Circuit.

        Respectfully submitted,

        ROBERT D. MCCALLUM, JR.
        Assistant Attorney General

        GREGORY A. SERRES
        United States Attorney

        THOMAS MILLET
        Attorney in Charge
        D.C. Bar No. 294405
        Attorney, Civil Division
        Department of Justice
        901 E St., NW
        Washington, D.C. 20530
        Tel:(202) 514-3313
        Fax:(202) 616-8202
        Attorneys for Defendants.

## Certificate of Service

I hereby certify that the foregoing was served this 27th day of March, 2002, by Federal Express to:

Rolando L. Rios
115 E. Travis
Suite 1024
San Antonio, TX 78205

_____
THOMAS MILLET