UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 3 2002

Michael N. Milby
Clerk of Court

CAMERON COUNTY, TEXAS, et al.,
    Plaintiffs,

v.                        C.A. No. B-01-082

DONALD EVANS, SECRETARY OF
COMMERCE, in his official
capacity; and UNITED STATES
DEPARTMENT OF COMMERCE,
    Defendants.
_____/

## DEFENDANTS' RESPONSE TO MARCH 28 ORDER

The Court's Order of March 28, 2002, asks whether the parties are in agreement with the form of judgment submitted by plaintiffs in this case. Defendants do not agree with the form of that judgment.[1]

Defendants have filed a Notice of Appeal to preclude any contention that such notice would be untimely in the event that the Court were to conclude that no judgment or further order was necessary in this case. Defendants have also moved for a stay pending appeal, which plaintiffs have not opposed. Defendants therefore do not agree with the second paragraph of plaintiffs'

---

[1] While defense counsel authorized plaintiffs' counsel to represent that defendants do not oppose the ministerial act of entry of a separate judgment to the extent one may be required, and reviewed a draft of plaintiffs' motion, defense counsel has not yet received a service copy of plaintiffs' motion and did not review plaintiffs' proposed judgment until it was telefaxed by plaintiff's counsel as an attachment to the Court's Order. Defense counsel asks the Court and plaintiffs to take notice that mail service remains slowed to the Justice Department and requests the Court and plaintiffs to forward matters via telefax if possible.

proposed judgment which awards costs and invites plaintiffs to file for attorneys fees. Defendants instead attach to this response their alternative judgment and order granting a stay pending appeal.[2] Defendants have been authorized to represent that counsel for plaintiffs do not object to defendants' proposed alternative judgment.

>Respectfully submitted,
>
> ROBERT D. MCCALLUM, JR.
> Assistant Attorney General
>
> GREGORY A. SERRES
> United States Attorney
>
> _____
> THOMAS MILLET
> Attorney in Charge
> D.C. Bar No. 294405
> Attorney, Civil Division
> Department of Justice
> 901 E St., NW
> Washington, D.C. 20530
> Tel:(202) 514-3313
> Fax:(202) 616-8202
> Attorneys for Defendants.

---

[2] In the event that the Court grants plaintiffs' pending motion, defendants' notice of appeal will be deemed filed on the same date and after the entry of a later judgment. Rule 4(a)(2), Fed. R. App. P.

## Certificate of Service

I hereby certify that the foregoing was served this 2d day of April, 2002, by Federal Express to:

Rolando L. Rios
115 E. Travis
Suite 1024
San Antonio, TX 78205

THOMAS MILLET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CAMERON COUNTY, TEXAS, et al.,
      Plaintiffs,

v.                                      C.A. No. B-01-082

DONALD EVANS, SECRETARY OF
COMMERCE, in his official
capacity; and UNITED STATES
DEPARTMENT OF COMMERCE,
      Defendants.
_____/

## FINAL JUDGMENT AND ORDER ON MOTION FOR STAY

On the 30th day of January, 2002, the above referenced civil action came on for consideration for judgment on the pleadings. The court reviewed the evidence, the pleadings, and arguments of the parties. For the reasons expressed in the Court's Order of January 30, 2002, the court renders judgment for the plaintiffs on their claims under the Freedom of Information Act (FOIA) and dismisses all other claims.

Further proceedings in this matter, including any motion for attorneys fees and costs, are hereby stayed pending defendants' appeal of this matter.

So ordered and signed this ___ day of April, 2002.

_____
UNITED STATES DISTRICT JUDGE