UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

CAMERON COUNTY, TEXAS, et al.,
    Plaintiffs,

v.                                          C.A. No. B-01-082

DONALD EVANS, SECRETARY OF
COMMERCE, in his official
capacity; and UNITED STATES
DEPARTMENT OF COMMERCE,
    Defendants.
_____/

## FINAL JUDGMENT AND ORDER ON MOTION FOR STAY

On the 30th day of January, 2002, the above referenced civil action came on for consideration for judgment on the pleadings. The court reviewed the evidence, the pleadings, and arguments of the parties. For the reasons expressed in the Court's Order of January 30, 2002, the court renders judgment for the plaintiffs on their claims under the Freedom of Information Act (FOIA) and dismisses all other claims.

Further proceedings in this matter, including any motion for attorneys fees and costs, are hereby stayed pending defendants' appeal of this matter.

So ordered and signed this ___ day of April, 2002.

_____
UNITED STATES DISTRICT JUDGE