UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 17 2002

Michael N. Milby
Clerk of Court

CAMERON COUNTY, TEXAS, et al.,
    Plaintiffs,

v.    C.A. No. B-01-082

DONALD EVANS, SECRETARY OF
COMMERCE, in his official
capacity; and UNITED STATES
DEPARTMENT OF COMMERCE,
    Defendants.
_____/

## NOTICE OF APPEAL

Please take notice that defendants Donald Evans and the United States Department of Commerce hereby appeal this Court's Final Judgment and Order, signed and entered on April 8, 2002, granting judgment on the pleadings to plaintiffs, in part, to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

ROBERT D. MCCALLUM, JR.
Assistant Attorney General

GREGORY A. SERRES
United States Attorney

THOMAS MILLET
Attorney in Charge
D.C. Bar No. 294405
Attorney, Civil Division
Department of Justice
901 E St., NW
Washington, D.C. 20530
Tel:(202) 514-3313
Fax:(202) 616-8202
Attorneys for Defendants.

## Certificate of Service

I hereby certify that the foregoing was served this 11th day of April, 2002, by Federal Express to:

Rolando L. Rios
115 E. Travis
Suite 1024
San Antonio, TX 78205

_____
THOMAS MILLET