United States District Court
Southern District of Texas
FILED

MAY 29 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAMERON COUNTY, TEXAS, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. B-01-082 |
| § | |
| DONALD EVANS, SECRETARY OF § | |
| THE DEPARTMENT OF COMMERCE, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEAL

Notice is hereby given that Cameron County, Texas, *et al.*, Plaintiffs, in this cause, appeal to the United Stated Court of Appeals for the Fifth Circuit from the Final Judgment and Order signed and entered in this action on April 8, 2002, granting in part, judgment on the pleadings to Defendants.

DATED: May 22, 2002

Respectfully Submitted.

ROLANDO L. RIOS
SBN: 16935900
FBN: 14370
GEORGE KORBEL
THE LAW OFFICES OF
ROLANDO L. RIOS
115 E. Travis, Suite 1645
San Antonio, Texas 78205
(210) 222-2102
(210) 222-2898 fax
rrios@rolandorioaslaw.com

JOSE GARZA
SBN: 07731950
FBN: 1959
LAW OFFICE OF JOSE GARZA

1913 Fordham
McAllen, Texas 78504
(956) 343-0157
garzpalm@aol.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded via first class mail and/or fax on this 22 day of May 2002 to the following:

By: _____
ROLANDO L. RIOS

Robert D. McCallum, Jr.
Assistant Attorney General

Gregory A. Serres
United States Attorney

Thomas Millet
Attorney in Charge
Civil Division
Department of Justice
901 E St., NW
Washington, D.C. 20530
(202) 514-3313 ph
(202) 616- 8202 fax

Counsel for Defendants

2