United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAMERON COUNTY, TEXAS et al., § <br> Planintiffs, § <br> § <br> v. § <br> § <br> DONALD EVANS, Secretary of the § <br> Department of Commerce, et al., § <br> Defendants § | Case No. B-01-082 |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPLICATION FOR FEES AND COSTS

Plaintiffs filed this action asserting several claims including seeking the release of adjusted census data for the 2000 Census pursuant to the Freedom of Information Act (FOIA). On January 28, 2002 this Court issued its Order granting judgment on plaintiffs' FOIA claim; on March 28, 2002 the defendants appealed this Courts FOIA decision. While the appeal was pending, the defendants decided to release the data that was requested by the plaintiffs and dismiss the appeal.

The plaintiffs have now received the data and on December 30, 2002 the appeal was dismissed by the Fifth Circuit Court of Appeals (see attachment). The only remaining issue on the FOIA claim is the issue of attorney fees and costs which, under this courts order of April 8, 2002 and Rule 54(d)(2)(B) of the Fed. Rules of Civ. Proc. should be filed by January 13, 2003. The parties are in discussion on this issue to see if an agreement on this matter can be reached. The parties have agreed that they will attempt to resolve the issue of attorney fees and costs in the next 30 days.

1

For these reasons, the plaintiffs request a 30 day extension for the filing of the request for attorney fees and costs.

Respectfully submitted,

*/s/ Rolando L. Rios*

ROLANDO L. RIOS
SBN 16935900
FBN: 14370
GEORGE KORBEL
LAW OFFICES OF ROLANDO L. RIOS
MILAM BUILDING
115 E. Travis, Suite 1024
San Antonio, Texas 78205
Ph (210) 222-2102
Fax (210) 222-2898
rrios@rolandorioslaw.com

JOSE GARZA
SBN: 07731950
FBN: 1959
1913 Fordham
McAllen, Texas 78504
Ph (956) 928-0088
garzpalm@aol.com
ATTORNEYS FOR PLAINTIFFS

C. DOUGLAS WRIGHT
SBN: 22024100
RICHARD O. BURST
SBN: 00785586
Legal Division Commissioners Court
Cameron County Courthouse
964 E. Harrison Street
Brownsville, Texas 78520
Ph (956) 550-1345
Fax (956) 550-1345
igonzalez@co.cameron.tx.us
LOCAL COUNSEL FOR CAMERON COUNTY

2

GARY GURWITZ
SBN: 08631000
ADRIANA CARDENAS
SBN: 24001836
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502
Ph (956) 682-6109
Fax (956) 686-6109
ahc@atlashall.com
OF COUNSEL FOR HIDALGO COUNTY

JAMES E. DARLING
SBN: 05386000
McAllen City Attorney
P.O. Box 220
McAllen, Texas 78505
Ph (956) 972-7000
Fax (956) 972-7138
jdarling@mcanet.net
OF COUNSEL FOR THE CITY OF MCALLEN

## CERTIFICATE OF CONFERENCE

This to certify that on the 9th day January, 2003 counsel for movant conferred with counsel for defendants regarding Plaintiffs' Motion for Fees and Costs and was informed that defendants' do not oppose the Motion to the extend the deadline for filing fees and costs request so that negotiations can proceed.

Rolando L. Rios
Attorney for Plaintiffs

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Plaintiffs' Unopposed Motion for Extension of Time has been sent by First Class Mail on this day of February, 2002 to:

Mr. Thomas Millet, Esq.
Federal Programs Branch
United Stated Department of Justice
901 E. St. N.W.
Washington, D.C. 20530

By: /s/ Rolando L. Rios
ROLANDO L. RIOS, ESQ.
ATTORNEY FOR THE
PLAINTIFFS

```
                    ----------------
                     No. 02-40518
                    ----------------
```

CAMERON COUNTY TEXAS; HIDALGO COUNTY TEXAS; CITY OF
BROWNSVILLE, TEXAS; THE CITY OF MCALLEN; CITY OF HARLINGEN;
CITY OF SAN BENITO; CITY OF LA FERIA; CITY OF PORT ISABEL;
ET AL

       Plaintiffs - Appellees-Cross-Appellants

v.

DONALD EVANS, Secretary of the Department of Commerce in his
official capacity; UNITED STATES DEPARTMENT OF COMMERCE

       Defendants - Appellants-Cross-Appellees

### ENTRY OF DISMISSAL

Pursuant to appellant-cross-appellees' motion the appeals filed on March 28, 2002 and April 17, 2002 are dismissed this the 30th day of December, 2002, see FED. R. APP. P. 42(b).

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: /s/ Peter Conners
     Peter Conners, Deputy Clerk

     FOR THE COURT - BY DIRECTION

DIS-4