29

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| **CAMERON COUNTY, TEXAS et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. B-01-082** |
| | § | |
| **DONALD EVANS, Secretary of the** | § | |
| **Department of Commerce, et al.,** | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

BE IT REMEMBERED, that on January 27, 2003, the Court **GRANTED** Plaintiffs' Unopposed Motion For Extension of Time to File Application for Fees and Costs [Dkt. No. 28]. It is **ORDERED** that the Plaintiffs submit their application for fees and costs no later than February 12, 2003. Should the parties reach agreement on the matter of fees and costs, they shall apprise the Court by February 12, 2003.

DONE this 27th day of January, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge