*31*

```
-----------------
  No. 02-40857
-----------------
```

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

CAMERON COUNTY TEXAS; HIDALGO COUNTY TEXAS; CITY OF
BROWNSVILLE, TEXAS; THE CITY OF MCALLEN; CITY OF HARLINGEN;
CITY OF SAN BENITO; CITY OF LA FERIA; CITY OF PORT ISABEL;
ET AL

                Plaintiffs - Appellants

                                        *C A 3 - 01 - 82*

     v.

DONALD EVANS, Secretary of the Department of Commerce in his
official capacity; UNITED STATES DEPARTMENT OF COMMERCE

                Defendants - Appellees


                    ENTRY OF DISMISSAL


     Pursuant to appellants' unopposed motion this appeal is

dismissed this 10th day of February, 2003, see FED.R.APP.P.42(b).


                         CHARLES R. FULBRUGE III
                         Clerk of the United States Court
                         of Appeals for the Fifth Circuit

                    By: *Shari Stewman*
                         Shari D. Stewman, Deputy Clerk

                         FOR THE COURT - BY DIRECTION


DIS-4

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit

By *Shari Stewman*
                    Deputy    FEB 1 0 2003

New Orleans, Louisiana

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 10, 2003

**MAIL**
United States District Court
Southern District of Texas
RECEIVED
FEB 1 8 2003
Michael N. Milby, Clerk

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

        No. 02-40857 Cameron Cty TX v. Evans
        USDC No. B-01-CV-82

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                   By:  _____
                        Shari D. Stewman, Deputy Clerk
                        504-310-7747

cc: w/encl:
    Mr Rolando Leo Rios
    Mr Jose Garza
    Mr Gary Reagan Gurwitz
    Ms Katherine S Dawson
    Mr Mark Bernard Stern
    Mr Gregory G Katsas

P.S. to Mr Mark Stern:  Please return the 3 volumes record on appeal
and the 1 volume supplemental record on appeal to this office as soon
as possible.

MDT-1