IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAMERON COUNTY, TEXAS et al., § <br> Planintiffs, § <br> § <br> v. § <br> § <br> DONALD EVANS, Secretary of the § <br> Department of Commerce, et al., § <br> Defendants § | Case No. B-01-082 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS APPLICATION FOR FEES AND COSTS**

Plaintiffs filed an application for fees and costs in this case. The defendants have filed a memorandum in opposition to the plaintiffs request for fees and costs; the plaintiffs reply to this memorandum appears to be due on March 17, 2003. The parties are in discussion of possible settlement.

The plaintiffs request a seven (7) day extension on the deadline for filing the reply. The defendants have indicated that they do not oppose the requested extension.

Respectfully submitted,

ROLANDO L. RIOS
SBN 16935900
FBN: 14370
GEORGE KORBEL
LAW OFFICES OF ROLANDO L. RIOS
MILAM BUILDING
115 E. Travis, Suite 1024
San Antonio, Texas 78205
Ph  (210) 222-2102
Fax (210) 222-2898
rrios@rolandorioslaw.com

1

JOSE GARZA
SBN: 07731950
FBN: 1959
1913 Fordham
McAllen, Texas 78504
Ph (956) 928-0088
garzpalm@aol.com
ATTORNEYS FOR PLAINTIFFS

C. DOUGLAS WRIGHT
SBN: 22024100
RICHARD O. BURST
SBN: 00785586
Legal Division Commissioners Court
Cameron County Courthouse
964 E. Harrison Street
Brownsville, Texas 78520
Ph  (956) 550-1345
Fax (956) 550-1345
igonzalez@co.cameron.tx.us
LOCAL COUNSEL FOR CAMERON COUNTY

GARY GURWITZ
SBN: 08631000
ADRIANA CARDENAS
SBN: 24001836
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, Texas 78502
Ph  (956) 682-6109
Fax (956) 686-6109
ahc@atlashall.com
OF COUNSEL FOR HIDALGO COUNTY

JAMES E. DARLING
SBN: 05386000
McAllen City Attorney
P.O. Box 220
McAllen, Texas 78505
Ph  (956) 972-7000
Fax (956) 972-7138
jdarling@mcanet.net
OF COUNSEL FOR THE CITY OF MCALLEN

## CERTIFICATE OF CONFERENCE

This to certify that on the 12th day March, 2003 counsel for movant conferred with counsel for defendants regarding Plaintiffs' request to extend the deadline for filing their reply brief and was told that the extension is not opposed.

/s/ Rolando L. Rios
Rolando L. Rios
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Plaintiffs' Unopposed Motion for Extension of Time has been sent by First Class Mail on this 12th day of March, 2003 to:

Mr. Thomas Millet, Esq.
Federal Programs Branch
United Stated Department of Justice
901 E. St. N.W.
Washington, D.C. 20530

By: /s/ Rolando L. Rios
ROLANDO L. RIOS, ESQ.
ATTORNEY FOR THE
PLAINTIFFS