IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | § | |
|---|---|---|
| **CAMERON COUNTY, TEXAS et al.,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. B-01-082 |
| | § | |
| **DONALD EVANS, Secretary of the** | § | |
| **Department of Commerce, et al.,** | § | |
| Defendants. | § | |
| | § | |

### ORDER

BE IT REMEMBERED, that on March 24, 2003, the Court **GRANTED** Plaintiffs' Unopposed Motion For Extension of Time to File Reply to Defendants' Opposition to Plaintiffs' Application for Fees and Costs [Dkt. No. 33]. Having been notified that the parties are conducting discussions concerning possible settlement, it is **ORDERED** that the Plaintiffs submit their reply, or a status report concerning these discussions of settlement, to the Court by Monday, March 31, 2003.

DONE this 24th day of March, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge