UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 6 2003

Michael N. Milby
Clerk of Court

CAMERON COUNTY, TEXAS, et al.,
    Plaintiffs,

v.                                    C.A. No. B-01-082

DONALD EVANS, SECRETARY OF
COMMERCE, in his official
capacity; and UNITED STATES
DEPARTMENT OF COMMERCE,
    Defendants.
_____/

## NOTICE OF APPEAL

Please take notice that defendants Donald Evans and the United States Department of Commerce hereby appeal this Court's Final Judgment and Order, signed on September 30, 2003 and entered on October 1, 2002, granting plaintiffs' application for attorney fees, to the United States Court of Appeals for the Fifth Circuit.

                Respectfully submitted,

                PETER KEISLER
                Assistant Attorney General

                MICHAEL T. SHELBY
                United States Attorney

*[signature]*

THOMAS MILLET
Attorney in Charge
D.C. Bar No. 294405
Attorney, Civil Division
Department of Justice
P.O. Box 883
20 Massachusetts Ave., NW
Washington, D.C. 20044
Tel:(202) 514-3313
Fax:(202) 616-8202
Attorneys for Defendants.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was served this 25th day of November, 2003, by placing it in the United States mail, postage prepaid, addressed to:

Rolando L. Rios
115 E. Travis
Suite 1024
San Antonio, TX 78205

*[signature]*

THOMAS MILLET