United States District Court
Southern District of Texas
FILED

APR 0 6 2004

Michael N. Milby
Clerk of Court

No. 03-41690

CAMERON COUNTY TEXAS; HIDALGO COUNTY TEXAS; CITY OF BROWNSVILLE TEXAS; CITY OF MCALLEN; CITY OF HARLINGEN; CITY OF SAN BENITO; CITY OF LA FERIA; CITY OF PORT ISABEL; ET AL

Plaintiffs - Appellees

v.

DONALD EVANS, Secretary of the Department of Commerce in his official capacity; UNITED STATES DEPARTMENT OF COMMERCE

Defendants - Appellants

### ENTRY OF DISMISSAL

Pursuant to the stipulation of the parties this appeal is dismissed this 30th day of March, 2004, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *James deMontluzin*, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana    MAR 3 0 2004

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
MAR 29 2004
CHARLES R. FULBRUGE III
CLERK

CAMERON COUNTY, TEXAS, et al.,

    Plaintiffs-Appellees,

v.

DONALD EVANS, SECRETARY OF
THE DEPARTMENT OF COMMERCE,
et al.,

    Defendants-Appellants.

No. 03-41690

## STIPULATION TO DISMISS

The parties have reached a settlement of this litigation. Accordingly, pursuant to Federal Rule of Appellate Procedure 42(b), the undersigned hereby stipulate to the dismissal of the appeal in this case, under the terms agreed to by the parties. Each party is to bear its own costs of appeal.

Respectfully submitted,

_____  3/26/04     _____  3/25/04
Michael Jay Singer           Date     Rolando L. Rios              Date
                                      *Attorney at Law*
                                      *115 E Travis, Ste. 1645*
                                      *San Antonio, TX 78205*
_____  3/26/04     *(210) 222-2102*
Lewis S. Yelin               Date
*Attorneys, Appellate Staff*
*Civil Division*                     Attorney for plaintiffs
*Department of Justice*
*601 D Street, NW, Rm. 9121*
*Washington, DC 20530-0001*
*(202) 514-3425*

Attorneys for the Department of
Commerce

2

## CERTIFICATE OF SERVICE

I certify that on this 26th day of March, 2004, I delivered to the court for filing and served the foregoing Stipulation to Dismiss by causing an original and 3 copies to be delivered by OVERNIGHT DELIVERY to the Clerk of the Court at the following address:

>  Charles R. Fulbruge III, Clerk
>  United States Court of Appeals
>   for the Fifth Circuit
>  600 Camp Street
>  New Orleans, LA  70130
>  (504) 310-7700

and by further causing 2 copies to be delivered by OVERNIGHT DELIVERY to opposing counsel at the following address:

>  Rolando L. Rios
>  Attorney at Law
>  115 E Travis, Ste. 1645
>  San Antonio, TX 78205
>  (210) 222-2102
>
>  James E. Darling
>  City Attorney
>  1300 Houston St.
>  McAllen, TX 78501
>  (956) 972-7122

_/s/ Lewis S. Yelin_
Lewis S. Yelin